UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SONY/ATV MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, SONY/ATV TUNES LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV HARMONY," SONY/ATV SONGS LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV MELODY," SONY/ATV SOUNDS LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV RHYTHM," SONY/ATV DISCOS MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, SONY/ATV LATIN MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, and LOWERY MUSIC COMPANY, INC., a Georgia corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CAVS USA, INC., a California corporation, AARON K. HAN, Individually, CAVS MULTIMEDIA, INC., a Korean Corporation, ACE KARAOKE CORPORATION, a California corporation, DAVID SU, Individually, NUTECH DIGITAL, INC., a California Corporation d/b/a "NUTECH NIKKODO KARAOKE," d/b/a "KARAOKE KLUB," d/b/a "MAGIC TRACKS," d/b/a "NUTECH PARTY PAKS,"LEE KASPER, Individually, and THREE BOYS, LTD., a Cayman Island Corporation d/b/a "NUTECH PARTY PAKS" and d/b/a "NUTECH NIKKODO KARAOKE," <br><br> Defendants. | Case No. 3:08-0265 <br> Judge Echols |

## **ORDER**

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court

hereby enters the following rulings:

(1) Plaintiffs' "Motion to Consolidate Cases" (Docket Entry No. 22) is hereby DENIED;

(2) Plaintiffs' "Motion to Strike the Declaration of Aaron K. Han" (Docket Entry No. 31) is hereby DENIED;

(3) Plaintiffs' "Motion for Expedited Discovery on Jurisdictional Issues and to Stay Defendants' Motion to Dismiss" (Docket Entry No. 50) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED insofar as Plaintiff seeks expedited discovery on jurisdictional issues, but DENIED insofar as Plaintiffs ask the Court to stay ruling on Defendants' Motion to Dismiss;

(4) Defendant CAVS USA, Inc.'s and Defendant Aaron K. Han's "Motion to Dismiss under 12(b)(2) and (3); or in the Alternative to Dismiss or Transfer for Improper Venue Under 28 U.S.C. §§ 1391(b) and 1406(a); or Alternatively to Transfer Venue for Convenience Under 28 U.S.C. § 1404(a)" (Docket Entry No. 18) is hereby DENIED WITHOUT PREJUDICE;

(5) This case is referred to the assigned United States Magistrate Judge with instruction to set a limited discovery schedule relating to the issue of the Court's jurisdiction over this matter, and the parameters of such discovery shall be as ordered by the Magistrate Judge; and

(6) Upon completion of the limited period of discovery, Defendants may refile a Motion to Dismiss and/or Change Venue.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2

Case 3:08-cv-00265   Document 75   Filed 06/10/08   Page 2 of 2 PageID #: 1798