IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF DISTRICT
NASHVILLE, TENNESSEE

| | |
|---|---|
| SONY/ATV MUSIC PUBLISHING, LLC, a Delaware Limited Liability Company, SONY/ATV TUNES, LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV HARMONY," SONY/ATV SONGS, LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV MELODY," SONY/ATV SOUNDS, LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV RHYTHM," SONY/ATV DISCOS MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, SONY/ATV LATIN MUSIC PUBLISHING LLC, a Delaware Limited Liability Company and LOWERY MUSIC COMPANY, INC., A Georgia Corporation, Plaintiffs, VS CAVS USA, INC., a California Corporation, ARON K. HAN, individually, CAVS MULTIMEDIA, INC. a Korean Corporation, ACE KARAOKE CORPORATION, a California Corporation, DAVID SU, individually, NuTECH DIGITAL, INC., a California Corporation d/b/a "NuTECH NIKKODO KARAOKE,: d/b/a "KARAOKE KLUB," d/b/a "MAGIC TRACKS," d/b/a "NuTECH PARTY PAKS," LEE KASPER, individually, and THREE BOYS, LTD., a Cayman Island Corporation d/b/a "NuTECH PARTY PAKS," and d/b/a NuTECH NIKKODDO KARAOKE," Defendants. | Case No. 03:08-0265<br><br>Judge Echols<br><br>Magistrate Judge Bryant<br><br><br>JURY DEMAND<br><br>[Proposed Order]<br>Granting Admission of Jeffrey L. Solomon, *Pro Hac Vice* |

   This matter coming before the Court on the Motion of the Defendant, NuTech Digital, Inc., for the admission of Jeffrey L. Solomon on behalf of the Defendant, NuTech Digital, Inc. , due notice having been given, and the Court being advised of the premises,

1

**IT IS HEREBY, ORDERED:**

Jeffrey L. Solomon is hereby granted leave to appear *pro hac vice* on behalf of the Defendant, NuTech Digital, Inc. in the captioned proceedings.

*s/ John S. Bryant*
U.S. Magistrate Judge

**SUBMITTED FOR ENTRY:**

/s/ S. Ralph Gordon
S. Ralph Gordon BPR # 2842
S. Ralph Gordon PC
1407 Tyne Boulevard
Nashville, TN 37215
[615] 371-0712

2