# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SONY/ATV MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CAVS USA, INC., a California corporation, *et al.*, | ) ) ) |
| Defendants. | ) ) |

Case No. 3:08-0265
Judge Echols

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby enters the following rulings:

(1) Plaintiffs' "Motion to Voluntarily Dismiss the Defendant CAVS Multimedia" (Docket Entry No. 121) is hereby DENIED AS MOOT;

(2) The Renewed Motion to Dismiss or Alternatively to Transfer Venue (Docket Entry No. 123) filed by Defendants CAVS USA, Inc. and Aaron K. Han is hereby DENIED;

(3) The Motion to Dismiss the First Amended Complaint or in the Alternative Motion for Order of Joinder (Docket Entry No. 164) filed by Defendants CAVS USA, Inc. and Aaron K. Han and joined in by Defendants Lee Kasper and Three Boys, Ltd. (Docket Entry No. 171) is hereby DENIED;

(4) Plaintiffs' Motion for Leave to File Surreply (Docket Entry No. 184) is hereby GRANTED; and

1

(5) Defendant CAVS USA Inc.'s and Aaron K Han's Motions for Leave to File Replies and Surreplies (Docket Entry Nos. 172, 185, 194, 197 & 198) are hereby GRANTED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE