IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| SONY/ATV MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, SONY/ATV TUNES LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV HARMONY", SONY/ATV SONGS LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV MELODY," SONY/ATV SOUNDS LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV RHYTHM," SONY/ATV DISCOS MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, SONY/ATV LATIN MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, and LOWERY MUSIC COMPANY, INC., a Georgia corporation, | Case No. 3:08-cv-0265 |
| Plaintiffs, | Judge Echols |
| vs. | Magistrate Judge Bryant |
| | JURY DEMAND |
| CAVS USA, INC., a California corporation, AARON K. HAN, Individually, ACE KAROAKE CORPORATION, a California corporation, DAVID SU, Individually, NUTECH DIGITAL, INC., a California Corporation d/b/a "NUTECH NIKKODO KARAOKE," d/b/a "KARAOKE KLUB," d/b/a "MAGIC TRACKS," d/b/a "NUTECH PARTY PAKS," LEE KASPER, Individually, and THREE BOYS, LTD., a Cayman Island Corporation d/b/a "NUTECH PARTY PAKS" and d/b/a "NUTECH NIKKODO KARAOKE," | **AGREED JUDGMENT** |
| Defendants. | |

Pending before the Court is the Plaintiffs' Unopposed Motion for Entry of Agreed Judgment against Defendants LEE KASPER, Individually and THREE Boys ltd., a Cayman Island Corporation.

It appearing to the Court that the Motion is well-taken, and should be granted, it is, therefore, ordered that the parties' Motion is granted.

Judgment shall enter in favor of the Plaintiffs, SONY/ATV MUSIC PUBLISHING LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV ACUFF-ROSE," d/b/a "SONY/ATV TREE," d/b/a "SONY/ATV CROSS KEYS," d/b/a "SONY/ATV EPIC SOLAR" and d/b/a "SONY/ATV MILENE," SONY/ATV TUNES LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV HARMONY", SONY/ATV SONGS LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV MELODY," SONY/ATV SOUNDS LLC, a Delaware Limited Liability Company d/b/a "SONY/ATV RHYTHM," SONY/ATV DISCOS MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, SONY/ATV LATIN MUSIC PUBLISHING LLC, a Delaware Limited Liability Company, and LOWERY MUSIC COMPANY, INC., a Georgia corporation, and against the Defendants, LEE KASPER, Individually and THREE BOYS LTD., a Cayman Island Corp[oration, in the amount of One Million Dollars and No Cents ($1,000,000.00). As agreed by the parties, post judgment interest shall be added at the agreed upon rate of ten percent (10%) per annum.

Defendants have irrevocably and fully waived notice of entry of the Judgment and understands and agrees that violation of the judgment will expose Defendants to all penalties provided by law, including penalties for contempt of Court.

Defendants irrevocably and fully waives any and all right to appeal this Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any

way, either directly or collaterally, its validity or enforceability.  The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment.

IT IS SO ORDERED.

_____
Honorable Robert Echols
United States District Court Judge

AGREED AND APPROVED FOR ENTRY:

s/Paul Harrison Stacey_____
Paul Harrison Stacey
Law Offices of Paul Harrison Stacey, P.C.*
Attorney for Plaintiffs
7225 N. Spring Gulch Road
P.O. Box 4157
Jackson, WY 83001
Ph:     307-733-7333
Fax:    307-733-7360
Wy. Atty. No. 5-2615

*Illinois Office:
202 W. Willow Avenue, Suite 103
Wheaton, Illinois 60187
Ph:     630-462-1949
Fax:    630-462-9293
Email:  PStacey151@msn.co

/s/Timothy L.Warnock_____
Timothy L. Warnock BPR#12844
Attorney for Plaintiffs,
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Ph.:  615-320-3700
Fax:  615-320-3737
*Attorneys for Plaintiffs, SONY/ATV Music Publishing, LLC, et al.*

/s/ Kar. D. Warden w/permission_____
Karl D. Warden
Trent J, Lehman
Jackson, Kweller, McKinney, Warden & Hayes
214 Second Avenue North, Suite 103
Nashville, Tennessee 37201
***Attorneys for Defendants, Lee Kasper***
***And Three Boys Ltd., a Cayman Island corporation***