UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SONY/ATV MUSIC PUBLISHING LLC., ) | |
| ET AL. ) | |
| ) | |
| v. ) | NO. 3:08-0265 |
| ) | JUDGE ECHOLS |
| CAVS USA, INC., ET AL. ) | |

### ORDER

The Court has reviewed and approved (1) Plaintiffs' "Notice of Closed Status of Plaintiffs' Claims"[1] (Docket Entry No. 274); (2) the "Agreed Order of Dismissal" by Cross-Claimants Nutech Digital, Inc. and Lee Kasper and Three Boys Limited (Docket Entry No. 282); and (3) "Notice of Voluntary Dismissal" filed by the Third-Party Plaintiffs (Docket Entry No. 281). As there are no remaining claims, this case is hereby DISMISSED in its entirety. Entry of this Order shall constitute the judgment in this case.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs advise the Court that all claims brought by Plaintiffs have been terminated by orders of dismissal and/or agreed judgments, i.e. Docket Entry Nos. 264, 269, 271, 272.